IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL R. MANGIAMELI, | ) | |
| | ) | |
| Petitioner, | ) | 8:15CV283 |
| | ) | |
| V. | ) | |
| | ) | |
| MARIO PEART, | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| Respondent. | ) | |
| | ) | |

Petitioner filed a Petition for Writ of Habeas Corpus on July 27, 2015. (Filing No. 1). Thereafter, Respondent filed a Motion for Summary Judgment. (Filing No. 5.) On March 30, 2016, Petitioner filed a "Motion to Cancel Proceedings," requesting that the court dismiss the action. (Filing No. 14.) Respondent filed an Objection to Petitioner's Motion to Cancel, arguing that Respondent is entitled to a dismissal with prejudice. (Filing No. 15.) On or about April 11, 2016, Petitioner filed a response to Respondent's Objection, seemingly asserting that he will "try" to respond to the pending Motion for Summary Judgment. (Filing No. 16.)

Based on the above,

IT IS ORDERED:

1. Petitioner's Motion to Cancel Proceedings (Filing No. 14) is denied.

2. Respondent's Objection (Filing No. 15) is sustained.

3. Petitioner shall respond to Respondent's Motion for Summary Judgment by May 16, 2016.

4. The clerk of the court is directed to set a pro se case management deadline using the following text: May 16, 2016 check for Petitioner's response.

DATED this 14th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge